JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grace Cho,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Hot Kitchen International Inc et al.,<br><br>　　　　Defendants. | CV 19-8673 PA (AFMx)<br><br>JUDGMENT |

　　　　Pursuant to the Court's March 30, 2020 Order dismissing this action for lack of prosecution and failure to comply with the Court's orders,

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

　　　　IT IS SO ORDERED.

DATED: March 30, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE